7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Erick Eugene Reid and Tiffany Ann Reid
*Debtor*

*Bankruptcy Case No.*
15–40441–drd7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04070–drd

v.

**Tiffany Ann Reid**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to KDOL, which is subject to statutory penalties assessed in the amount of $0.00 and interest accrued in the amount of $10,750.70 and accruing imposed pursuant to K.S.A. §44–719(d)(2), should be and hereby is exempted from discharge including such penalty and interest and awards to KDoL against the named defendant the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 727.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
   Deputy Clerk



Date of issuance: 8/5/15

Court to serve